UNITED STATES DISTRICT COURT
MIDDLE DISTACT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| W.H., *a minor student, by and through his parents (M.H. and D.R.)*; J.A., *a minor student, by and through his parents (S.A. and M.A.)*; and J.B., *a minor student, by and through his parents (J.B. and S.B.)*, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) TENNESSEE DEPARTMENT OF ) EDUCATION and KNOX COUNTY ) SCHOOLS, ) ) Defendants. ) | Case No. 3:15-1014 Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, KCS' Motion for Change of Venue (Docket No. 12), TDOE's Motion to Dismiss (Docket No. 16), and KCS' Motion to Dismiss (Docket No. 28) are hereby **DENIED**.

In order that the defendants may now file Answers to the Amended Complaint, the Initial Case Management Conference scheduled for January 25, 2016 is **RESET** for March 7, 2016 at 2:45 p.m.

It is so **ORDERED**.

Enter this 20th day of January 2016.

_____
ALETA A. TRAUGER
United States District Judge